In the Matter of the Application of WILLIAM HENRY McGRATH for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.)—Application denied on the ground that applicant was not for six months immediately preceding the application an actual resident of the State as required by rule II, subdivision 2, Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-Law. Actual residence means an abode where one actually lives, and not a mere naked legal residence. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of Supplementary Proceedings: VINCENT O'CONNELL (2), Appellant, v. CITY OF LONG BEACH, Respondent.— In view of the decision of the appeal (*Matter of O'Connell* v. *City of Long Beach, post*, p. 812), decided herewith, the motion for a stay pending the determination of said appeal is dismissed. Present — Lazansky, P. J., Haggarty, Tompkins, Davis and Johnston, JJ.

In the Matter of the Applications of VINCENT O'CONNELL (2) and Others, Appellants, for Peremptory Orders of Mandamus Directed to MORTIMER GOLD, as Treasurer of the City of Long Beach, and Others, Respondents.— In view of the decision of the appeal (*Matter of O'Connell* v. *Gold, post*, p. 812), decided herewith, the motion for a stay pending the determination of said appeal is dismissed. Present — Lazansky, P. J., Hagerty, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of the VILLAGE OF PELHAM for a Writ of Certiorari to JOHN E. FETZER and Others, as and Constituting the Board of Assessors of the Town of Pelham. VILLAGE OF PELHAM, Respondent; JOHN E. FETZER and Others, as Board of Assessors of the Town of Pelham, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

SALLY KERMAN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Defendant, and YETTA KERMAN, Appellant. In the Matter of the Application of YETTA KERMAN, Appellant, against SALLY KERMAN and Others, Respondents, for an Order Adjudging the Respondents in Civil Contempt of This Court under the Judiciary Law, etc.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

ISIDORE MILLER, Doing Business as CITY EGG CASE COMPANY, Respondent, v. HERMAN S. SMERKINS and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

ABRAHAM OLEWACK and Another, Respondents, v. GUSTAV HUNGER and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. The application to the Appellate Term for leave to appeal to this court was not timely made. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GRAHAM & Co., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell and Davis, JJ.; Johnston, J., not voting.